**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAMADY KABA** | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-2148** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **CRAIG LOWE, WARDEN,** | : | |
| **PIKE COUNTY** | : | |
| **CORRECTIONAL FACILITY** | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

**AND NOW, THIS** 25th **DAY OF AUGUST 2026**, upon consideration of Petitioner Mamady Kaba's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Petitioner's Motion for Immediate Release (Doc. 2), Respondent's response (Doc. 7), and Petitioner's traverse (Doc. 9), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition (Doc. 1) is **DENIED.**
2. Petitioner's Motion for Immediate Release (Doc. 2) is **DENIED.**
3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge